1
2
3
4
5
6
7
8                          IN THE UNITED STATES DISTRICT COURT
9                        FOR THE EASTERN DISTRICT OF CALIFORNIA
10  CARTER LEE ALLEN,
11          Plaintiff,                          No. CIV S-10-2254 EFB P
12      vs.
13  J. D. KLARICH, et al.,
14          Defendants.                         <u>ORDER</u>
15  _____/
16      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42
17  U.S.C. § 1983.  He requests leave to proceed *in forma pauperis*.
18      Plaintiff alleges a violation of his civil rights in Coalinga, California.  Coalinga is in the
19  Fresno Division of this court and the action should have been commenced there.  *See* Local Rule
20  120(d).  The court has not yet ruled on plaintiff's request to proceed *in forma pauperis*.
21      Accordingly, it is hereby orderd that:
22      1.  This action is transferred to the Fresno Division.
23      2.  The Clerk of Court shall assign a new case number.
24  ////
25  ////
26  ////

1

3. All future filings shall bear the new case number and shall be filed at:

>United States District Court
>Eastern District of California
>2500 Tulare Street
>Fresno, CA 93721

DATED: September 7, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2